The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AGROFRESH INC.,

    Plaintiff,

v.

ESSENTIV LLC, DECCO U.S. POST-HARVEST, INC., CEREXAGRI, INC. d/b/a DECCO POST-HARVEST, and UPL, LTD.,

    Defendants.

No. 2:19-mc-00047-RSL

**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL PACE INTERNATIONAL LLC TO COMPLY WITH SUBPOENAS OR, IN THE ALTERNATIVE, TO TRANSFER THIS MATTER TO THE DISTRICT OF DELAWARE**

NOTE ON MOTION CALENDAR:
April 22, 2019

## STIPULATION

Defendants Decco U.S. Post-Harvest, Inc., Cerexagri, Inc. d/b/a Decco Post-Harvest, and UPL, Ltd. (collectively, "Defendants" or "Decco"), Plaintiff Agrofresh Inc., ("Agrofresh") and third party Pace International LLC ("Pace") stipulate as follows:

1. On April 11, 2019, Defendants filed a motion to compel Pace to comply with a subpoena, or alternatively, to transfer the matter to the Delaware District Court (Dkt. No. 1).

STIPULATED MOTION & [PROPOSED] ORDER
REGARDING DEADLINE TO RESPOND TO
MOTION TO COMPEL
No. 2:1-mc-00047-RSL – Page 1



Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

2. The motion to compel was noted on the Court's motion calendar for April 26, 2019. Per LCR 7(d)(3), opposition papers are due April 22, 2019.

3. Defendants, Agrofresh and Pace stipulate that the deadline for opposition papers is extended to May 1, 2019, and Defendants' reply papers will be due May 8, 2019, with the matter re-noticed for May 10, 2019.

Dated: April 22, 2019.

| | |
|---|---|
| **YARMUTH LLP** | **BARNES & THORNBURG LLP** |
| By: *s/ John H. Jamnback*<br>John H. Jamnback, WSBA No. 29872<br>1420 Fifth Avenue, Suite 1400<br>Seattle, WA 98101<br>Phone: 206.516.3800<br>Email: jjamnback@yarmuth.com | By: *s/ Robert D. MacGill (w/permission)*<br>Chad S.C. Stover<br>Robert D. MacGill<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801-1054<br>Phone: 302.300.3434<br>Email: chad.stover@btlaw.com<br>rmacgill@btlaw.com |
| **RICHARDS, LAYTON & FINGER, P.A.**<br>Frederick L. Cottrell, III<br>Jeffrey L. Moyer<br>Nicole K. Pedi<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Phone: 302.651.7700<br>Email: cottrell@rlf.com<br>moyer@rlf.com<br>pedi@rlf.com | Lynn C. Tyler<br>Deborah Pollack-Milgate<br>T. Joseph Wendt<br>Jessica M. Lindemann<br>Matthew T. Ciulla<br>11 South Meridian Street<br>Indianapolis, IN 46204-3535<br>Phone: 317.236.1313<br>Email: lynn.tyler@btlaw.com<br>dmilgate@btlaw.com<br>jwendt@btlaw.com<br>jessica.lindemann@btlaw.com<br>matthew.ciulla@btlaw.com |
| *Attorneys for Defendants Decco U.S. Post Harvest, Inc., Cerexagri, Inc. d/b/a Decco Post-Harvest, and UPL Ltd.* | *Attorneys for Plaintiff AgroFresh Inc.* |
| **FOLEY & LARDNER LLP**<br>By: *s/ Matthew B. Lowrie (w/permission)*<br>Matthew B. Lowrie<br>Kevin M. Littman<br>111 Huntington Avenue, Suite 2500<br>Boston, MA 02199-7610<br>Phone: 617.342.4000<br>Email: mlowrie@foley.com<br>klittman@foley.com | |
| *Attorneys for Third Party Subpoena Recipient Pace International LLC* | |

STIPULATED MOTION & [PROPOSED] ORDER REGARDING DEADLINE TO RESPOND TO MOTION TO COMPEL
No. 2:1-mc-00047-RSL – Page 2



Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888

[~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: April 30, 2019.

_____
THE HONORABLE ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION & [~~PROPOSED~~] ORDER
REGARDING DEADLINE TO RESPOND TO
MOTION TO COMPEL
No. 2:1-mc-00047-RSL – Page 3

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888