The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AGROFRESH INC.,

    Plaintiff,

v.

ESSENTIV LLC, DECCO U.S. POST-HARVEST, INC., CEREXAGRI, INC. d/b/a DECCO POST-HARVEST, and UPL, LTD.,

    Defendants.

No. 2:19-mc-00047-RSL

**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL PACE INTERNATIONAL LLC TO COMPLY WITH SUBPOENAS OR, IN THE ALTERNATIVE, TO TRANSFER THIS MATTER TO THE DISTRICT OF DELAWARE**

NOTE ON MOTION CALENDAR:
May 1, 2019

## STIPULATION

Defendants Decco U.S. Post-Harvest, Inc., Cerexagri, Inc. d/b/a Decco Post-Harvest, and UPL, Ltd (collectively, "Defendants" or "Decco"), Plaintiff Agrofresh Inc., ("Agrofresh") and third-party Pace International LLC ("Pace") stipulate as follows:

STIPULATED MOTION & [PROPOSED] ORDER
REGARDING DEADLINE TO RESPOND TO MOTION
TO COMPEL
No. 2:1-mc-00047-RSL – Page 1

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

1. On April 11, 2019, Defendants filed a motion to compel Pace to comply with a subpoena or, in the alternative, to transfer the matter to the U.S. District Court for the District of Delaware, C.A. No. 16-662-MN (D. Del.). Dkt. #1.

2. On April 30, 2019, the Court ordered that the deadline for opposition papers would be extended to May 1, 2019, and Defendants' reply papers would be due May 8, 2019, with the matter noticed for May 10, 2019. Dkt. # 6.

3. Defendants, Agrofresh and Pace stipulate that the deadline for opposition papers is further extended to May 8, 2019, and Defendants' reply papers will be due May 15, 2019, with the matter re-noticed for May 17, 2019.

Dated: May 1, 2019

**YARMUTH LLP**

By: *s/ John H. Jamnback*
John H. Jamnback, WSBA No. 29872
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Phone: 206.516.3800
Email: jjamnback@yarmuth.com

**RICHARDS, LAYTON & FINGER, P.A.**
Frederick L. Cottrell, III
Jeffrey L. Moyer
Nicole K. Pedi
One Rodney Square
920 North King Street
Wilmington, DE 19801
Phone: 302.651.7700
Email: cottrell@rlf.com
 moyer@rlf.com
 pedi@rlf.com

*Attorneys for Defendants Decco U.S. Post Harvest, Inc., Cerexagri, Inc. d/b/a Decco Post-Harvest, and UPL Ltd.*

**BARNES & THORNBURG LLP**

By: *s/ Robert D. MacGill (w/permission)*
Chad S.C. Stover
Robert D. MacGill
1000 N. West Street, Suite 1500
Wilmington, DE 19801-1054
Phone: 302.300.3434
Email: chad.stover@btlaw.com
 rmacgill@btlaw.com

Lynn C. Tyler
Deborah Pollack-Milgate
T. Joseph Wendt
Jessica M. Lindemann
Matthew T. Ciulla
11 South Meridian Street
Indianapolis, IN 46204-3535
Phone: 317.236.1313
Email: lynn.tyler@btlaw.com
 dmilgate@btlaw.com
 jwendt@btlaw.com
 jessica.lindemann@btlaw.com
 matthew.ciulla@btlaw.com

*Attorneys for Plaintiff AgroFresh Inc*

STIPULATED MOTION & [PROPOSED] ORDER
REGARDING DEADLINE TO RESPOND TO MOTION
TO COMPEL
No. 2:1-mc-00047-RSL – Page 2

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888

| | |
|---|---|
| 1 | |
| 2 | **STOEL RIVES LLP**<br>Vanessa Soriano Power, WSBA No. 30777 |
| 3 | 600 University Street, Suite 3600<br>Seattle, WA 98101 |
| 4 | Telephone: 206-624-0900 |
| 5 | Email: vanessa.power@stoel.com |
| 6 | **FOLEY & LARDNER LLP** |
| 7 | By: *s/ Matthew B. Lowrie (w/permission)*<br>Matthew B. Lowrie |
| 8 | Kevin M. Littman<br>111 Huntington Avenue, Suite 2500 |
| 9 | Boston, MA 02199-7610<br>Phone: 617.342.4000 |
| 10 | Email: mlowrie@foley.com<br>klittman@foley.com |
| 11 | *Attorneys for Third Party Subpoena*<br>*Recipient Pace International LLC* |

STIPULATED MOTION & [PROPOSED] ORDER
REGARDING DEADLINE TO RESPOND TO MOTION
TO COMPEL
No. 2:1-mc-00047-RSL – Page 3

Yarmuth LLP
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800   fax 206.516.3888

[~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: May 2, 2019.

*/s/ Robert S. Lasnik*

THE HONORABLE ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION & [~~PROPOSED~~] ORDER
REGARDING DEADLINE TO RESPOND TO MOTION
TO COMPEL
No. 2:1-mc-00047-RSL – Page 4

Yarmuth LLP

1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
phone 206.516.3800  fax 206.516.3888